IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VINCENT H. SMALL                                                                           PLAINTIFF

        v.                    Civil No. 2:17-cv-02156

SHERIFF RON BROWN, Crawford                                                        DEFENDANTS
County, Arkansas; and MARC
MCCUNE, Prosecuting Attorney

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii). The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g). The Clerk is directed to enter a § 1915(g) strike flag on this case.

The motion to proceed *in forma pauperis* (ECF No. 2) is denied.

**IT IS SO ORDERED** this 28th day of September 2017.

*/s/ P. K. Holmes, III*
  P. K. HOLMES, III
  CHIEF U.S. DISTRICT JUDGE